# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DANIEL CORBY and
CHERYL CORBY                                              PLAINTIFFS

v.                          No. 3:17-cv-239-DPM

JASON BOLIN, Individually and
in his official capacity as Police Officer
for the City of Paragould, Arkansas;
AARON GAMBER, Individually and
in his official capacity as Police Officer
for the City of Paragould, Arkansas;
and TONY HILL, Individually                               DEFENDANTS

## ORDER

Corby's embedded motion to amend, № 18, is granted. Hill's only argument against the proposed amendment is that it doesn't cure the defects in the current complaint. But the Court can't make that determination without considering the dash-cam video that Hill filed. And, because there is some dispute about whether the video is complete and unaltered, *e.g.*, № 12 at 3, the Court isn't convinced that it can consider the video without converting the motion to dismiss into one for summary judgment. *Hughes v. City of Cedar Rapids, Iowa*, 840 F.3d 987, 998 (8th Cir. 2016). The Court will be better equipped to assess the constitutionality of Hill's actions with a more complete record. In these circumstances, the ends of justice favor allowing the

amendment. FED. R. CIV. P. 15(a)(2). Corby must file the proposed second amended complaint by 9 March 2018. Motion to dismiss, № 13, denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 February 2018