## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DANIEL CORBY                                                                PLAINTIFF

v.                                   No. 3:17-cv-239-DPM

JASON BOLING, Individually* as a Police
Officer for the City of Paragould, Arkansas              DEFENDANT

### ORDER

Officer Boling's mostly unopposed motion *in limine*, *Doc. 65*, is partly granted and partly denied. The unopposed parts — paragraphs 1, 2, 4, 6, and 7 — are granted. Those doors, however, swing both ways. On the opposed parts, the Court rules as follows:

- **Character Evidence Involving Past Complaints**

Excluded. The trial must focus on whether Officer Boling told Dux to sit, and, if so, whether Corby sustained damages.

- **General State of Policing**

Denied without prejudice. A bit of salt in the oatmeal is fine, but not too much.

---

* The Court directs the Clerk to update the docket to reflect that Corby conceded his official capacity claims. *Doc. 54 at 1 n.1.*

So Ordered.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_22 April 2020_