IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL CORBY                                                    PLAINTIFF

v.                          No. 3:17-cv-239-DPM

JASON BOLING, Individually as a Police
Officer for the City of Paragould, Arkansas                     DEFENDANT

ORDER

1. **Pretrial and Trial Architecture.** On the first day of trial, 8 June 2020, we'll have a final pretrial at noon in Jonesboro chambers. We'll start with the venire at 1:00 p.m. Counsel should be prepared to open late Monday afternoon. Each side gets fifteen minutes to open. We'll start the proof at 8:30 Tuesday morning. The Court allots each side three hours for all direct and cross examination in this straight-forward dispute. Each side will have twenty minutes to close.

2. **Jury Instructions.** The Court is attaching its working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form. The Court appreciated the parties' proposals. Please file any objection by 15 May 2020. Note the juror-questions procedure in draft preliminary instruction No. 5.

3. **Witnesses and Exhibits.** By the close of business on Wednesday, 3 June 2020, the parties must submit their final lists of witnesses and exhibits, the original exhibits, and hard copies, in

three-ring binders to Little Rock chambers. Please also include an electronic copy of each item. And please use the Court's forms for both exhibit and witness lists. If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.

**4. Voir Dire.** The Court will conduct most of the questioning, with follow-up by each side — ten to fifteen minutes at most. Please focus your questioning. *Voir dire* is not a time to explain the law or the burden of proof, to explain what the case is about, to seek commitments, or to pump the potential jurors full of fairness. Instead, please ask lean questions about potential jurors' experiences and views to ferret out bias. If the parties would prefer to have the Court ask certain questions, please submit them to chambers for consideration by 15 May 2020.

**5. Objections.** Avoid speaking objections during the trial. A word or two will do. If the Court needs to hear more, we'll have a bench conference.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2020