IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL CORBY                                                                    PLAINTIFF

v.                              No. 3:17-cv-239-DPM

JASON BOLING, Individually as a Police
Officer for the City of Paragould, Arkansas                       DEFENDANT

### ORDER

1. Neither party proposed *voir dire* questions or objected to the Court's draft jury instructions. The *voir dire* and preliminary instructions, *Doc. 72-1 & 72-2*, are therefore locked in, with one change noted below. We'll revisit the draft final instructions and verdict during trial.

2. The Court will take some precautions in light of COVID-19. We'll have a jury of seven and a *venire* of twenty-four. FED. R. CIV. P. 48(a); *Krumwiede v. Mercer County Ambulance Service, Inc.*, 116 F.3d 361, 363 (8th Cir. 1997). Rather than calling eighteen, we'll question the *venire* as a whole. The Court will require distancing at all times. The Court encourages counsel to work from the table. Whenever practicable, members of the *venire*, the jury, counsel, and others must wear masks. And everyone must sit at least six feet apart.

-2-

So Ordered.

*signature*
_____
D.P. Marshall Jr.
United States District Judge

26 May 2020