IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL CORBY
and CHERYL CORBY                                                    PLAINTIFFS

v.                          No. 3:17-cv-239-DPM

JASON BOLING; AARON GAMBER, Each
Individually and in his Official Capacity as a
Police Officer for the City of Paragould,
Arkansas; and TONY HILL, Individually              DEFENDANTS

JUDGMENT

1. Daniel and Cheryl Corby conceded their official capacity claims, and Daniel abandoned his claims about events in 2016. All these claims, federal and state, are dismissed without prejudice.

2. With the exception of Daniel's jeep-search claims, the Court granted summary judgment on all other federal and state claims. All these claims are dismissed with prejudice.

3. Daniel Corby's federal and state claims against Jason Boling based on the jeep search were tried to a seven-person jury from 8 June 2020 to 10 June 2020 in Jonesboro. After deliberations on June 10th, the jury returned a unanimous verdict, *Doc. 85*, which is incorporated. The Court enters judgment on that verdict for Boling. Daniel Corby's federal and state claims against Boling based on the jeep search are dismissed with prejudice.

-2-

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2020